FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF **SEALED**

2011 JAN 20 PM 12: 29

LORETTA G. WHYTE
CLERK

**FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF
THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. **11-019** |
| v. | * | SECTION: **SECT. B MAG. 3** |
| JOHN E. BAGENT | * | VIOLATIONS: 21 U.S.C. § 846 |
| IZEAL DUCRE | | 21 U.S.C. § 841(a)(1) |
|    a/k/a "Ike" | * | 21 U.S.C. § 841(b)(1)(A)(iii) |
| ROBERT EDWARDS | | 21 U.S.C. § 841(b)(1)(B)(iii) |
| ROBBIE RAY | * | 21 U.S.C. § 841(b)(1)(C) |
|    a/k/a "Pookie" | | 21 U.S.C. § 843(b) |
| COURTNEY RAY | * | 18 U.S.C. § 2 |
| NOAH GALLIEN | | |
|    a/k/a "Chris Russell" | * | |
| WILLIE MELVIN JONES | | |
|    a/k/a "Konkalu" | * | |
| JOHN GREEN | | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown, but prior to February 10, 2010, and continuing to on or about September 29, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT, IZEAL DUCRE a/k/a "Ike", ROBERT EDWARDS, ROBBIE RAY a/k/a "Pookie",**

___Fee _USA_
___Process_____
_x_ Dktd _____
___CtRmDep___
___Doc. No.___

**COURTNEY RAY, NOAH GALLIEN a/k/a "Chris Russell", WILLIE MELVIN JONES a/k/a "Konkalu",** and **JOHN GREEN**, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute five hundred (500) or more grams of a mixture or substance containing a detectable amount of cocaine hydrochloride and two hundred-eighty (280) or more grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), both Schedule II narcotic drug controlled substances; all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 10, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about February 25, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## COUNT 4

On or about March 18, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## COUNT 5

On or about April 22, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## COUNT 6

On or about May 13, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT 7

On or about May 25, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute five (5) grams or more of a mixture or

substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT 8

On or about July 7, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT 9

On or about July 15, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute less than five (5) grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 10

On or about July 24, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

## COUNT 11

On or about August 12, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute a quantity of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 12

On or about September 10, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT, IZEAL DUCRE a/k/a "Ike"**, and **ROBBIE RAY a/k/a "Pookie"**, did knowingly and intentionally distribute twenty eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

## COUNT 13

On or about September 10, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT** and **ROBBIE RAY a/k/a "Pookie"**, knowingly and intentionally used a communication facility, to wit: a cellular telephone, in committing, causing, and facilitating the commission of a violation of Title 21, United Stated Code, Section 846, to wit: the conspiracy to possess with the intent to distribute cocaine hydrochloride and cocaine base ("crack"), in violation of Title 21, United States Code, Section 843(b).

## COUNT 14

On or about September 10, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT** and **IZEAL DUCRE a/k/a "Ike"**, knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the commission of a violation of Title 21, United Stated Code, Section 846, to wit: the conspiracy to possess with the intent to distribute cocaine hydrochloride and cocaine base ("crack"), in violation of Title 21, United States Code, Section 843(b).

## COUNT 15

On or about September 17, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT, ROBERT EDWARDS**, and **ROBBIE RAY a/k/a "Pookie"**, did knowingly and intentionally distribute two hundred-eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) and Title 18, United States Code, Section 2.

## COUNT 16

On or about September 17, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT** and **ROBERT EDWARDS**, knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the commission of a violation of Title 21, United Stated Code, Section 846, to wit: the conspiracy to possess with the intent to distribute cocaine hydrochloride and cocaine base ("crack"), in violation of Title 21, United States Code, Section 843(b).

## COUNT 17

On or about September 17, 2010, in the Eastern District of Louisiana, the defendants, **JOHN E. BAGENT** and **ROBBIE RAY a/k/a "Pookie"**, knowingly and intentionally used a communication facility, a cellular telephone, in committing, causing, and facilitating the commission of a violation of Title 21, United Stated Code, Section 846, to wit: the conspiracy to possess with the intent to distribute cocaine hydrochloride and cocaine base ("crack"), in violation of Title 21, United States Code, Section 843(b).

## COUNT 18

On or about September 21, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## COUNT 19

On or about September 29, 2010, in the Eastern District of Louisiana, the defendant, **JOHN E. BAGENT**, did knowingly and intentionally distribute twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic drug controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## NOTICE OF DRUG FORFEITURE

1. The allegations of Counts 1 through 19 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts 1 through 19, the defendants, **JOHN E. BAGENT**, **IZEAL DUCRE a/k/a "Ike"**, **ROBERT EDWARDS**, **ROBBIE RAY a/k/a "Pookie"**, **COURTNEY RAY, NOAH GALLIEN a/k/a "Chris Russell"**, **WILLIE MELVIN JONES a/k/a "Konkalu"**, and **JOHN GREEN**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 19 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
JIM LETTEN, # 8517
United States Attorney

_____
JAN MASELLI MANN, # 9020
First Assistant United States Attorney

_____
EDWARD J. RIVERA, # 17771
Assistant United States Attorney

New Orleans, Louisiana
January 20, 2011

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

JOHN E. BAGENT, IZEAL DUCRE a/k/a "Ike",
ROBERT EDWARDS, ROBBIE RAY a/k/a "Pookie",
COURTNEY RAY, NOAH GALLIEN a/k/a "Chris
Russell", WILLIE MELVIN JONES a/k/a "Konkalu",
JOHN GREEN

## INDICTMENT

INDICTMENT FOR VIOLATION OF THE
FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATION(S): 21 U.S.C. § 846
21 U.S.C. §841(a)(1)
21 U.S.C. § 841(b)(1)(A)(iii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 843(b)

A true bill.

_____
Foreman

Filed in open court this _____ day of _____ A.D. 2011.

_____
Clerk

Bail, $ _____

Edward J. Rivera
Assistant United States Attorney