**MINUTE ENTRY**
**LEMELLE, J.**
**MAY 11, 2012**

**JS-10:   00:30**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.  11-19** |
| **ROBBIE RAY** | **SECTION "B"** |

**REARRAIGNMENT - Indictment, Count(s)  1, 12,13,15,17**

Courtroom Deputy:    Isidore Grisoli
Court Reporter:         Jodi Simcox

PRESENT:    Ed Rivera, Asst. U.S. Attorney
Deborah Majeeda Snead, Remy Starns Counsel for Defendant
Veronica Joseph, U.S. Probation Officer
Robbie Ray, Defendant

Court begins at 1:30 p.m.
Case is called; all present and ready.
Defendant sworn; reading of Indictment waived by defendant.
Defendant withdraws former plea of not guilty as to Count(s)  1, 12, 13, 15, 17  and enters a plea of guilty to same
Rule 11 interrogation
Plea agreement and factual basis are submitted in writing by the AUSA and entered into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
The trial and pretrial conference dates, regarding this defendant, are hereby SATISFIED.
**Sentencing set for Wednesday, August 22, 2012, at 2:00 p.m.**
Defendant is released under present bond.
Court adjourned at 2:33 p.m.