**MINUTE ENTRY**
**LEMELLE, J.**
**MAY 11, 2012**

**JS-10:   00:43**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.  11-19** |
| **ROBBIE RAY** | **SECTION "B"** |

### SENTENCING

Courtroom Deputy:    Isidore Grisoli
Court Reporter:      Karen Ibos

PRESENT:    Ed Rivera, Asst. U.S. Attorney
            Deborah Majeeda Snead, Remy Starns Counsel for Defendant
            Cathy Harbison, U.S. Probation Officer
            Robbie Ray, Defendant

Court begins at 2:55 p.m.
Case is called; all present and ready.
Counsel make appearances for the record.
Counsel moves to withdraw as counsel of record for the defendant - Granted.
Defendant moves to withdraw plea of guilty - Denied.
On May 11, 2012, defendant entered a guilty plea as to Count(s)  1, 12, 13, 15, 17   of the indictment.
**See Judgment In A Criminal Case.**
Defendant is remanded to the custody of the U.S. Marshal.
Court adjourned at 3:38 p.m.